IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY E. CONTRERAS-KOLBERG,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

    v.                                         Case No. 13-cv-108-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Gregory E. Contreras-Kolberg against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, reversing the Commissioner's decision denying plaintiff's application for disability benefits and remanding to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.


        _____s/ A. Wiseman, Deputy Clerk_____        _____September 9, 2014_____
               Peter Oppeneer, Clerk of Court                             Date