IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY E. CONTRERAS-KOLBERG,

        Plaintiff,                       JUDGMENT IN A CIVIL CASE

      v.                                       Case No. 13-cv-108-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Gregory E. Contreras-Kolberg attorney fees and costs in the amount of $7,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        s/ A. Wiseman, Deputy Clerk                 December 11, 2014
        Peter Oppeneer, Clerk of Court                        Date